UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**EDWARD JOSEPH MEAUX**                                    **CIVIL ACTION**

**VERSUS**                                                 **NO. 07-037**

**SECRETARY OF CORRECTIONS, ET AL.**                       **SECTION "K"(5)**

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Title 42 U.S.C. § 1983 complaint filed by Edward Joseph Meaux is hereby **TRANSFERRED** to the United States District Court for the Western District of Louisiana.

New Orleans, Louisiana, this ____18th____ day of _____January_____, 2007.

_____
**UNITED STATES DISTRICT JUDGE**